```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA

                       Alexandria Division


SOLOMAN B. SENGAL              )
                               )
     Plaintiff,                )
                               )
          v.                   )    1:10cv538 (JCC/TRJ)
                               )
FAKOURI ELECTRICAL             )
ENGINEERING, INC.,             )
                               )
     Defendant.                )
```

## J U D G M E N T   A N D   O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff Soloman B. Sengal's Objection to Magistrate Judge Jones' Report and Recommendation [93] regarding Defendant Fakouri Electrical Engineering, Inc.'s Motion to Enforce Settlement Agreement is DENIED;

(2) the Court ADOPTS as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge [87];

(3) Plaintiff may appeal this decision by filing written notice of appeal within thirty (30) days from the date of entry of this Order; and

1

(4) the Clerk of the Court shall forward copies of this Order to all counsel of record and to Plaintiff, *pro se*.

|  |  |
|---|---|
| November 22, 2011<br>Alexandria, Virginia | /s/<br>James C. Cacheris<br>UNITED STATES DISTRICT COURT JUDGE |