IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| SOLOMAN B. SENGAL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10cv538 (JCC/TRJ) |
| | ) | |
| FAKOURI ELECTRICAL ENGINEERING, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

### J U D G M E N T   A N D   O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)  Plaintiff Soloman B. Sengal's Objection to Magistrate Judge Jones' Report and Recommendation [93] regarding Defendant Fakouri Electrical Engineering, Inc.'s Motion to Enforce Settlement Agreement is DENIED;

(2)  the Court ADOPTS as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge [87];

(3)  Plaintiff may appeal this decision by filing written notice of appeal within thirty (30) days from the date of entry of this Order; and

1

2

   (4) the Clerk of the Court shall forward copies of this Order to all counsel of record and to Plaintiff, *pro se*.

|  | /s/ |
|---|---|
| November 22, 2011 | James C. Cacheris |
| Alexandria, Virginia | UNITED STATES DISTRICT COURT JUDGE |